Marcus J. Bradley (SBN 174156)
BRADLEY/GROMBACHER, LLP
31355 Oak Crest Drive, Suite 210
Westlake Village, CA 91361
Tel: (805) 270-7100
Email: mbradley@bradleygrombacher.com

Attorneys for Plaintiff
CHERYL ALLEN

Michael C. Christman (SBN 319758)
MACY'S LAW DEPARTMENT
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
Tel: (314) 342-6334
Email: michael.christman@macys.com

Attorney for Defendants
MACY'S CORPORATE SERVICES, LLC
and MACY'S, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL ALLEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC., a Delaware Stock Corporation; MACY'S CORPORATE SERVICES, LLC, an Ohio Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01232-TLN-SCR<br><br>**STIPULATION TO ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS, DISMISS CLASS CLAIMS, AND STAY ACTION DURING ARBITRATION; ORDER** |

Plaintiff Cheryl Allen ("Plaintiff") and Defendants Macy's Corporate Services, LLC ("MCS") and Macy's, Inc. (collectively, "Defendants"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, during her employment with Defendant MCS, Plaintiff entered into an agreement to submit her employment-related claims, disputes, and controversies to binding arbitration on an individual basis pursuant to the Solutions InSTORE dispute resolution program (the "Arbitration Agreement");

WHEREAS, on February 27, 2026, Plaintiff filed a complaint against Defendants in Superior Court of California, County of San Joaquin, Case No. STK-CV-UOE-2026-1465, alleging claims under the California Labor Code and California Unfair Competition Law on a putative class-wide basis (hereinafter the "Action");

WHEREAS, on March 31, 2026, Defendants removed the Action to the United States District Court for the Eastern District of California, Case No. 2:26-cv-01232-TLN-SCR; and

WHEREAS, Plaintiff's claims, disputes, and controversies in the Action fall within the scope of the Arbitration Agreement,

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants as follows:

1. All of Plaintiff's claims, disputes, and controversies against Defendants in the Action shall be submitted to arbitration on an individual basis in accordance with the terms of the parties' Arbitration Agreement;

2. In accordance with the class action waiver in the parties' Arbitration Agreement, the class claims in the Action shall be dismissed without prejudice;

3. All proceedings in the Action shall be stayed, and this Court shall retain jurisdiction pending the conclusion of the arbitration; and

4. Plaintiff shall initiate arbitration pursuant to the terms of the Arbitration Agreement.

**IT IS SO STIPULATED.**

Dated: September 10, 2026

BRADLEY/GROMBACHER, LLP

*/s/ Marcus J. Bradley (w/ consent)*
MARCUS J. BRADLEY
Attorneys for Plaintiff
CHERYL ALLEN

Dated: September 10, 2026

MACY'S LAW DEPARTMENT

*/s/ Michael C. Christman (w/ consent)*
MICHAEL C. CHRISTMAN
Attorney for Defendants
MACY'S CORPORATE SERVICES, LLC
and MACY'S, INC.

**ORDER**

Based on the Stipulation of the Parties and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. All individual claims, disputes, and controversies of Plaintiff Cheryl Allen against Defendants Macy's Corporate Services, LLC and Macy's, Inc. are compelled to arbitration in accordance with the terms of the parties' Arbitration Agreement; and
2. In accordance with the class action waiver in the parties' Arbitration Agreement, the class claims in Plaintiff's Complaint are dismissed without prejudice; and
3. This Action is stayed pending the completion of the arbitration.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Troy L. Nunley
Chief United States District Judge